JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTINE CHAMBERS,                )   CASE NO. CV 11-01981-MMM(DTBx)
                                   )
                Plaintiffs,        )
                                   )   ORDER DISMISSING CIVIL ACTION
        vs.                        )
                                   )
NCC BUSINESS SERVICES, INC.,       )
                                   )
                Defendants.        )
                                   )
                                   )
                                   )

        THE COURT having been advised by counsel that the above-entitled action has been settled;

        IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __45__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action  and this Order shall not prejudice any party to this action.

DATED: October 17, 2011            _____
                                        MARGARET M. MORROW
                                   UNITED STATES DISTRICT JUDGE