JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTINE CHAMBERS, | ) CASE NO. CV 11-01981-MMM(DTBx) |
|---|---|
| Plaintiffs, | ) |
| vs. | ) ORDER DISMISSING CIVIL ACTION |
| NCC BUSINESS SERVICES, INC., | ) |
| Defendants. | ) |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: October 17, 2011

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE